| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br><br>Kevin T Simon SBN-180967<br>Simon & Resnik, LLP<br>15233 Ventura Blvd., Suite 300<br>Sherman Oaks, CA 91403<br><br>Tel: (818) 783-6251<br>Fax: (818) 783-6253<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for:Debtors* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 16 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez DEPUTY CLERK** |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>   Daniel C. Mullin, Connie R. Mullin<br><br><br><br>                                                                  Debtor(s). | CHAPTER 13<br><br>CASE NO.:   1:10-bk-18889-KT<br><br>DATE: December 7, 2010<br>TIME:  9:00 AM<br>CTRM: 301<br>FLOOR: 3rd |

# ORDER ON MOTION TO AVOID JUNIOR LIEN ON REAL PROPERTY
## (CREDITOR HOLDING JUNIOR LIEN:  <u>Citibank South Dakota, N.A.</u>)

1. The Motion was:     ☐ Contested     ☒ Uncontested     ☐ Settled by stipulation

2. The Motion affects the junior trust deed(s), mortgage(s), or other lien(s) encumbering the following real property ("Subject Property"):

   *Street Address:* 10931 Burnet Avenue
   *Apartment/Suite No.:*
   *City, State, Zip Code:* Mission Hills, CA 91345

   Legal description or document recording number (including county of recording):

   ☒  See attached page.

3. The Subject Property is subject to the following deed(s) of trust, mortgage(s) or other lien(s) in the amounts specified securing the debt against the Subject Property, which will be treated as indicated:

   a. <u>Bank of America Home Loans/BAC Home Loans Servicing, LP</u>  in the amount of $ <u>394,749.15</u>  ☐ is ☒ is not to be avoided;

   b. <u>Citibank (South Dakota), N.A.</u> in the amount of $ <u>50,184.27</u>  ☒ is ☐ is not   to be avoided;


   ☐  See attached page for any additional encumbrance(s).

*(Continued on next page)*

Order On Motion to Avoid Junior Lien on Real Property - *Page 2 of* ____

| In re | CHAPTER 13 |
|---|---|
| Daniel C. Mullin, Connie R. Mullin | |
| Debtor(s). | CASE NO.: 1:10-bk-18889-KT |

4. The motion is:
   a. ☐ DENIED  ☐ with  ☐ without  prejudice, on the following grounds:
        1. ☐ Based upon the findings and conclusions made on the record at the hearing
        2. ☐ Unexcused non-appearance by Movant
        3. ☐ Lack of proper service
        4. ☐ Lack of evidence supporting motion
        5. ☐ Other (specify):
   b. ☒ GRANTED on the following terms:
      i. The Subject Property is valued at no more than $300,000.00 based on adequate evidence.

     ii. This order is effective upon receipt of a chapter 13 discharge in this case.

     iii. Before the discharge, no payments are to be made on the secured claim of the junior lienholder; maintenance payments are not to be made.

     iv. The claim of the junior lienholder is to be treated as an unsecured claim and is to be paid through the plan pro rata with all other unsecured claims.

     v. The junior lienholder's claim on the deed of trust, mortgage or lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim. The junior lienholder is not required to, but may file an amended Proof of Claim listing its claim as an unsecured claim to be paid in accordance with the Debtor's chapter 13 plan. If an amended claim is not filed, the Trustee may treat any claim on the debt (secured or unsecured) filed by the junior lienholder as unsecured upon entry of this order.

     vi. The avoidance of the junior lienholder's deed of trust, mortgage or lien is contingent upon the Debtor's completion of the chapter 13 plan and the Debtor's receipt of a chapter 13 discharge.

     vii. The junior lienholder shall retain its lien in the junior position for the full amount due under the corresponding note and deed of trust, mortgage or lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the Bankruptcy Code, if the Debtor completes the chapter 13 plan but does not receive a discharge, or if the Subject Property is sold or refinanced prior to the Debtor's receipt of chapter 13 discharge.

     viii. In the event that the holder of the first deed of trust or any senior lien on the Subject Property forecloses on its interest and extinguishes the junior lienholder's lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the junior lienholder's lien shall attach to the surplus proceeds from the foreclosure sale for the full amount due and owing under the note and deed of trust.

                              ###

*Kathleen Thompson*

DATED: December 16, 2010
                              United States Bankruptcy Judge

# EXHIBIT "A"

**EXHIBIT "ONE"**

to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(Q) **"Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in the

     **COUNTY**    of    **LOS ANGELES**  :
   [Type of Recording Jurisdiction]     [Name of Recording Jurisdiction]

LOT 26 OF TRACT 11817, IN THE CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 218, PAGES 42 AND 43 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Parcel ID Number: 2615-006-009 which currently has the address of
**10931 BURNET AVE** [Street]
**LOS ANGELES (MISSION HILLS AREA)** [City], California 91345 [Zip Code]
("Property Address"):

  TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

  BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

  THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

  UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

  **1. Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S.

Initials: _____

VMP-6(CA) (0005)    Page 3 of 15    Form 3005 1/01

01 1357363

Order On Motion to Avoid Junior Lien on Real Property - *Page 3 of* ____

| In re | CHAPTER 13 |
|---|---|
| Daniel C. Mullin, Connie R. Mullin  Debtor(s). | CASE NO.: 1:10-bk-18889-KT |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 15233 Ventura Boulevard, Suite 300, Sherman Oaks, CA 91403

A true and correct copy of the foregoing document described **ORDER ON MOTION TO AVOID JUNIOR LIEN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___December 14, 2010,___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 1214/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Judge's Copy - Honorable Kathleen Thompson, United States Bankruptcy Court, 21041 Burbank Boulevard, Suite 305, Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 14, 2010 | Alyssum Gruenfeldt-Roy | /s/ Alyssum Gruenfeldt-Roy |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

Order On Motion to Avoid Junior Lien on Real Property - *Page 4 of* ____

| In re | | CHAPTER 13 |
|---|---|---|
| Daniel C. Mullin, Connie R. Mullin | Debtor(s). | CASE NO.: 1:10-bk-18889-KT |

**Debtors**
Daniel C Mullin, Jr.
Connie R. Mullin
10931 Burnet Avenue
Mission Hills, CA 91345

Chapter 13 Trustee
**Elizabeth F Rojas**
Noble Professional Center
15060 Ventura Blvd., Suite 240
Sherman Oaks, CA 91403

**Citibank, N.A.**
Attn.: Centralized Bankruptcy
(Loan #2351)
PO Box 20507
Kansas City, MO 64195

**Citibank (South Dakota), N.A**. (Headquarters)
Attn: Vikram Pandit, CEO
(Loan #2351)
701 East 60th Street North
Sioux Falls, South Dakota 57104

**Agent for Service of Process for Citibank (South Dakota), N.A.** (Headquarters)
Ken Stork
(Loan #2351)
701 Easth 60th Street North
Sioux Falls, SD 57117

**CITIMORTGAGE, Inc.** (Headquarters)
Attn: Mr. Mr. Sanjiv Das, CEO
(Loan #2351)
1000 Technology Dr.
O'Fallon, MO 63368-2240

**Agent for Service of Process for CitiMortgage, Inc.**
C T Corporation System
(Loan #2351)
818 West Seventh St
Los Angeles, CA 90017

Order On Motion to Avoid Junior Lien on Real Property - *Page 5 of* ____

| In re | CHAPTER 13 |
|---|---|
| Daniel C. Mullin, Connie R. Mullin | |
| Debtor(s). | CASE NO.: 1:10-bk-18889-KT |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON MOTION TO AVOID JUNIOR LIENS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 14, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Elizabeth F. Rojas: cacb_ecf@ch13la.com
US Trustee: ustpregion16.wh.ecf@usdoj.gov
Kevin T. Simon: Kevin@simonresniklaw.com
Rami N Haddad , bknotice@mccarthyholthus.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

Order On Motion to Avoid Junior Lien on Real Property - *Page 6 of* ____

| In re | CHAPTER 13 |
|---|---|
| Daniel C. Mullin, Connie R. Mullin | |
| Debtor(s). | CASE NO.: 1:10-bk-18889-KT |

**Debtor(s)**
Daniel C Mullin, Jr.
Connie R. Mullin
10931 Burnet Avenue
Mission Hills, CA 91345

**Citibank, N.A.**
Attn.: Centralized Bankruptcy
(Loan #2351)
PO Box 20507
Kansas City, MO 64195

**Citibank (South Dakota), N.A**. (Headquarters)
Attn: Vikram Pandit, CEO
(Loan #2351)
701 East 60th Street North
Sioux Falls, South Dakota 57104

**Agent for Service of Process for Citibank (South Dakota), N.A.** (Headquarters)
Ken Stork
(Loan #2351)
701 Easth 60th Street North
Sioux Falls, SD 57117

**CITIMORTGAGE, Inc.** (Headquarters)
Attn: Mr. Mr. Sanjiv Das, CEO
(Loan #2351)
1000 Technology Dr.
O'Fallon, MO 63368-2240

**Agent for Service of Process for CitiMortgage, Inc.**
C T Corporation System
(Loan #2351)
818 West Seventh St
Los Angeles, CA 90017